1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 84115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5
                    E-filing
6

7              IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA            EMC

9                      SAN FRANCISCO DIVISION
                        CV   08            2353
10
   ELBERT HARRIS, III,                  )  NO. _____
11                                       )
              Plaintiff,                 )  COMPLAINT FOR DECLARATORY
12                                       )  RELIEF, INJUNCTIVE RELIEF
       vs.                               )  RELIEF AND DAMAGES
13                                       )
   CITY AND COUNTY OF SAN                )  DEMAND FOR JURY TRIAL
14 FRANCISCO, DEPARTMENT OF              )
   PUBLIC HEALTH; ROBERT THOMAS,         )  42 U.S.C. Section 1981
15 Director of Human Resources, Laguna   )
   Honda Hospital and Rehabilitation Center; )
16 and LARRY BEVAN, Licensed             )
   Psychiatric Technician, Laguna Honda  )
17 Hospital and Rehabilitation Center, and )
   DOES 1 through 25,                    )
18                                       )
              Defendants.                )
19 _____)

20     Plaintiff alleges:

21                              I

22            FACTS COMMON TO ALL CAUSES OF ACTION

23     1. Plaintiff, ELBERT HARRIS, III, is an African American (Black) residing in the City

24 and County of San Francisco, State of California.

25     2. Defendant, CITY AND COUNTY OF SAN FRANCISCO, is, and at all times

26 relevant hereto, has been a political subdivision of the State of California.  Said Defendant owns,

27

28 Complaint for Damages                    1

1  operates and maintains the LAGUNA HONDA HOSPITAL AND REHABILITATION

2  CENTER, at San Francisco, California, operated by the Department of Public Health, an agency

3  of said City and County. Defendant ROBERT THOMAS, is the Director of Human Resources,

4  at said LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER. Defendant,

5  LARRY BEVAN, is a Licensed Psychiatric Technician, who has also been unlawfully allowed

6  by said Defendants to act in a supervisory capacity at said LAGUNA HONDA HOSPITAL

7  AND REHABILITATION CENTER.

8     3. Plaintiff is ignorant of the true names and capacities of Defendants sued herein a

9  DOES 1 through 25, inclusive, and therefore sues these Defendants by such fictitious names.

10  Plaintiff will amend the complaint to allege their true names and capacities when ascertained.

11  Plaintiff is informed and believes, and therefore alleges that each of the fictitiously named

12  Defendants is lawfully responsible in some manner for the occurrences herein alleged, and that

13  Plaintiff's losses as herein alleged were proximately caused by such individual actions.

14     4. Plaintiff is informed and believes, and thereby alleges that each of the Defendants

15  herein was at all times relevant hereto the agent, employee, or representative of the remaining

16  Defendants and was acting within the scope and course of such relationship.

17     5. Plaintiff has been employed as a Certified Nursing Assistant at said LAGUNA

18  HONDA HOSPITAL AND REHABILITATION CENTER since in or about December, 1984.

19     6. During the entire tenure of Plaintiff's said employment, he has always performed all of

20  his assigned and related duties in an excellent fashion.

21     7. Notwithstanding., beginning in or about September, 2007, Plaintiff has been subjected

22  to a continuing pattern of unlawful discriminatory employment practices, which have included,

23  but have not been limited to:

24     a. Disciplinary action without cause or justification placing Plaintiff on unpaid

25  administrative leave (suspension) in or about September, 2007;

26     b. Retaliation against Plaintiff because of his continuing protests of unlawful

27

28  Complaint for Damages            2

1  discriminatory employment practices against him;

2       c. Harassment of Plaintiff;

3       d. Refusal to accept Plaintiff's complaints of unlawful discriminatory employment

4  practices against him;

5       e. Discrimination against Plaintiff in the terms and conditions of his employment; and

6       f. Unwarranted disciplinary action against Plaintiff placing him on unpaid administrative

7  leave (suspension) since March 19, 2008.

8       8. Said actions have been taken against Plaintiff on account of his race and color, and in

9  retaliation against him because of his continuing protests of unlawful discriminatory employment

10  practices against him.

11                                    II

12                         FIRST CAUSE OF ACTION

13                          AS TO ALL DEFENDANTS

14                          42 U.S.C. Section 1981

15       As a first, separate and distinct cause of action, Plaintiff complains of Defendants, and

16  each of them, and for a cause of action alleges:

17       9. The allegations of paragraphs 1 through 8 above, are re-alleged and incorporated

18  herein by reference.

19       10. Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. Section

20  1331 to enforce the provisions of 42 U.S.C. Section 1981 which provides as follows:

21            "(a) Statement of equal rights

22            All persons within the jurisdiction of the United States
             shall have the same right in every State and Territory to
23            make and enforce contracts, to sue, be parties, give
             evidence and to the full and equal benefit of all laws
24            and proceedings for the security of persons and property
             as is enjoyed by white citizens, and shall be subject to like
25            punishment, pains, penalties, taxes, licenses, and
             exactions of every kind, and to no other.

26

27

28  Complaint for Damages                    3

1                    (b) "Make and enforce contracts" defined

2               For purposes of this section, the term "make and enforce
3               contracts" includes the making, performance, modification,
and termination of contracts, and the enjoyment of all
benefits, privileges, terms, and conditions of the contractual
4               relationship.

5                 c) Protection against impairment

6               The rights protected by this section are protected against
impairment by nongovernmental discrimination and
7               impairment under color of State law."

8     11. Venue is proper in the Northern District of California.

9     12. Defendant has maintained a pattern and practice of unlawful discriminatory

10 employment practices against Plaintiff on account of his race and color by engaging in the

11 actions and conduct, among other things, as alleged in Paragraph 7 hereof in violation of the Fair

12 Employment and Housing Act, Government Code Section 12940a.

13     13. Plaintiff was subjected to the actions and conduct described in Paragraph 7 herein on

14 account of his race and color and in retaliation against him for his continuing complaints and

15 protests of said unlawful discriminatory employment practices in violation of the provisions of

16 42 U.S.C. Section 1981.

17     14. As a direct result of said acts and conduct of Defendants, as alleged herein, Plaintiff

18 has suffered loss of and continues to suffer substantial loss of earnings and related employment

19 benefits in an amount to be proven at trial herein.

20     15. In doing the acts and in engaging in the conduct herein alleged, Defendants intended

21 to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

22 distress for which he has sought medical care.

23     16. On May 6, 2008, Plaintiff duly filed an administrative charge of discrimination

24 herein with the United States Equal Employment Opportunity Commission (EEOC). A true and

25 correct copy of said charge of discrimination is attached hereto as Exhibit 1. However, the U.S.

26 Department of Justice has not yet issued a Notice of Right to Sue thereon. Upon receipt of

27

28   Complaint for Damages                4

1  same, Plaintiff will move this Court for leave to amend this within action to reflect his

2  exhaustion of administrative remedies relative hereto.

3  III

4  SECOND CAUSE OF ACTION

5  AS TO DEFENDANT CITY AND COUNTY OF SAN FRANCISCO

6  42 U.S.C. SECTION 2000e-2

7  As a second, separate and distinct cause of action, Plaintiff complains of Defendants, and

8  each of them, and for a cause of action, alleges:

9  17. The allegations of paragraphs 1 through 16 above, are re-alleged and incorporated

10  herein by reference.

11  18. Jurisdiction is invoked herein pursuant to the provisions of the Civil Rights Act of

12  1964, as amended, 42 U.S.C. Section 2000e(5)(3) to enforce the provisions of 42 U.S.C. Section

13  2000e-2(a), which provides that:

14  "It shall be an unlawful employment practice for an employer –

15  (1) to fail or refuse to hire or to discharge any individual, or
otherwise to discriminate against any individual with respect
16  to his compensation, terms, conditions, or privileges of employ-
ment because of such individual's race, color, religion, sex or
17  national origin; or

18  (2) to limit, segregate, or classify his employees or applicants
for employment in any way which would deprive or tend to
19  deprive any individual of employment opportunities or otherwise
adversely affect his status as an employee, because of such
20  individual's race, color, religion, sex or national origin.

21  19. Said defendant has engaged in the actions and conduct alleged in paragraph 8 hereof

22  on account of his race and color in violation of the provisions of 42 U.S.C. Section 2000e-2(a).

23  20. As a direct result of said acts and conduct of Defendants, as alleged herein, Plaintiff

24  has suffered loss of and continues to suffer substantial loss of earnings and related employment

25  benefits in an amount to be proven at trial herein.

26  21. In doing the acts and in engaging in the conduct herein alleged, Defendants intended

27

28  Complaint for Damages                              5

1    to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

2    distress for which he has sought medical care.

3        22.  On May 6, 2008, Plaintiff duly filed an administrative charge of discrimination

4    herein with the United States Equal Employment Opportunity Commission (EEOC).  A true and

5    correct copy of said charge of discrimination is attached hereto as Exhibit 1.  However, the U.S.

6    Department of Justice has not yet issued a Notice of Right to Sue thereon.  Upon receipt of

7    same, Plaintiff will move this Court for leave to amend this within action to reflect his

8    exhaustion of administrative remedies relative hereto.

9                                                    IV

10                              THIRD CAUSE OF ACTION

11                                  AS TO ALL DEFENDANTS

12                                     42 U.S.C. 2000-3

13        As a third, separate and distinct cause of action, Plaintiff complains of Defendants, and

14    each of them, and for a cause of action, alleges:

15        23.  The allegations of paragraphs 1 through 22 above, are re-alleged and incorporated

16    herein by reference.

17        24.  Jurisdiction is invoked herein pursuant to the provisions of the Civil Rights Act of

18    1964, as amended, 42 U.S.C. Section 2000e-5(3) to enforce the provisions of 42 U.S.C. Section

19    2000e-3, which provides that:

20            "It shall be an unlawful employment practice for an employer
             to discriminate against any of his employees or applicants for
21            employment, for an employment agency, or joint labor-management
             committee controlling apprenticeship or other training or re-
22            training, including on the job training programs, to discriminate
             against any individual, or for a labor organization to discriminate
23            against any member thereof or applicant for membership, because
             he has opposed any practice made an unlawful employment practice
24            by this subchapter, or because he has made a charge, testified, assisted,
             or participated in any manner in an investigation, proceeding, or
25            hearing under this subchapter."

26        25.  Defendants have engaged in the action and  conduct described in paragraph 7 herein

27

28    Complaint for Damages                          6

1 | against Plaintiff because he has opposed and continues to oppose said unlawful discriminatory

2 | employment practices prohibited by 42 U.S.C. Section 2000e-2, in violation of 42 U.S.C. Section

3 | 2000e-3.

4 | 26. As a direct result of said acts and conduct of Defendants, as alleged herein, Plaintiff

5 | has suffered loss of and continues to suffer substantial loss of earnings and related employment

6 | benefits in an amount to be proven at trial herein.

7 | 27. In doing the acts and in engaging in the conduct herein alleged, Defendants intended

8 | to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

9 | distress for which he has sought medical care.

10 | 28. On May 6, 2008, Plaintiff duly filed an administrative charge of discrimination

11 | herein with the United States Equal Employment Opportunity Commission (EEOC). A true and

12 | correct copy of said charge of discrimination is attached hereto as Exhibit 1. However, the U.S.

13 | Department of Justice has not yet issued a Notice of Right to Sue thereon. Upon receipt of

14 | same, Plaintiff will move this Court for leave to amend this within action to reflect his

15 | exhaustion of administrative remedies relative hereto.

16 | 

V

17 | 

FOURTH CAUSE OF ACTION

18 | 

AS TO DEFENDANT CITY AND COUNTY OF SAN FRANCISCO

19 | 

GOVERNMENT CODE SECTION 12940a

20 | As a fourth, separate and distinct cause of action, Plaintiff complains of Defendants, and

21 | each of them, and for a cause of action, alleges:

22 | 29. The allegations of paragraphs 1 through 28 above, are re-alleged and incorporated

23 | herein by reference.

24 | 30. Jurisdiction herein is invoked pursuant to the provisions of Government Code

25 | Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

26 | the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

27 | 

28 | Complaint for Damages                7

1   Government Code Section 12940a, which provides that it shall be unlawful for an employer to

2   discriminate against an employee, among other things, on account of race and color.

3      31.  Plaintiff is an employee of African ancestry (Black) and is therefore a person

4   protected by said provisions of said Act.

5      32.  Defendant has maintained a pattern and practice of unlawful discriminatory

6   employment practices against Plaintiff on account of his race and color by engaging in the

7   actions and conduct, among other things, as alleged in Paragraph 7 hereof in violation of the Fair

8   Employment and Housing Act, Government Code Section 12940a.

9      33.  Defendant has taken the actions and conduct against Plaintiff as alleged herein on

10  account of his race and color in violation of the Fair Employment and Housing Act, Government

11  Code Section 12940a.

12     34.  As a direct result of said actions and conduct of Defendant as alleged herein, Plaintiff

13  has suffered loss of and continues to suffer substantial loss of earnings and related employment

14  benefits in an amount to be proven at trial herein.

15     35.  In doing the acts and in engaging in the conduct herein alleged, Defendants intended

16  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

17  distress.

18     36.  On May 6, 2008, Plaintiff duly filed an administrative charge of discrimination

19  herein with the California Department of Fair Employment and Housing (DFEH).  A true and

20  correct copy of said charge of discrimination is attached hereto as Exhibit 2.  A notice of right to

21  sue was issued on May 6, 2008, authorizing Plaintiff to initiate a civil action in the California

22  Superior Court within one year of said date.  A true and correct copy of said Notice of Right to

23  Sue is attached hereto as Exhibit 3.  Plaintiff has exhausted all of his administrative remedies

24  herein, and this action has been timely filed.

25                                  VI

26                        FIFTH CAUSE OF ACTION

27

28  Complaint for Damages                    8

AS TO DEFENDANT CITY AND COUNTY OF SAN FRANCISCO

GOVERNMENT CODE SECTION 12940a

As a fifth, separate and distinct cause of action, Plaintiff complains of Defendants, and each of them, and for a cause of action, alleges:

37. The allegations of paragraphs 1 through 36 above, are re-alleged and incorporated herein by reference.

38. Jurisdiction herein is invoked pursuant to the provisions of Government Code Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA), Government Code Section 12940h, which provides that it shall be unlawful for an employer to retaliate against an employee, because of said employee's protests of unlawful discriminatory employment practices, or association with a person protesting alleged discriminatory employment practices

39. Plaintiff is an employee of Defendant who protested violations of Government Code Section 12940, *et seq.*, as alleged in paragraph 7 hereof.

40. Defendant has subjected Plaintiff to a pattern and practice of egregious retaliatory actions and conduct, because of his complaints of said unlawful discriminatory employment practices, which have included, but have not been limited to, the actions and conduct alleged, among other things, in paragraph 7 hereof, as alleged herein, because of his continuing protests of Defendant's continuing said unlawful discriminatory employment practices against him.

41. Defendant has taken such actions against Plaintiff in violation of Government Code Section 12940h.

42. As a direct result of the acts and conduct of Defendant, as alleged herein, Plaintiff has suffered loss of and continues to suffer substantial loss of earnings and related employment benefits in an amount to be proven at trial herein.

43. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

Complaint for Damages 9

1   to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

2   distress, for which he has sought medical care.

3       44.  On May 6, 2008, Plaintiff duly filed an administrative charge of discrimination

4   herein with the California Department of Fair Employment and Housing (DFEH).  A true and

5   correct copy of said charge of discrimination is attached hereto as Exhibit 2.  A notice of right to

6   sue was issued on May 6, 2008, authorizing Plaintiff to initiate a civil action in the California

7   Superior Court within one year of said date.  A true and correct copy of said Notice of Right to

8   Sue is attached hereto as Exhibit 3.  Plaintiff has exhausted all of his administrative remedies

9   herein, and this action has been timely filed.

10                                  VII

11                       SIXTH CAUSE OF ACTION

12               GOVERNMENT CODE SECTION 12900, *ET SEQ*.

13                              HARASSMENT

14       As a sixth, separate and distinct cause of action, Plaintiff complains of Defendants, and

15   each of them, and for a cause of action, alleges:

16       45.  Plaintiff hereby incorporates by reference paragraphs 1 through 44, as though set

17   forth here in full.

18       46.  Jurisdiction herein is invoked pursuant to the provisions of Government Code

19   Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

20   the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

21   Government Code Section 12940j, which provides that it shall be unlawful for an employer to

22   harass an employee, because of said employee's race and color.

23       47.  Plaintiff is an employee  and is a person protected by said provisions of said Act.

24       48.  Defendants have subjected Plaintiff to a continuous pattern of harassment in

25   engaging in the actions and conduct as alleged, among other things,  in paragraph 7 hereof, in

26   violation of the Fair Employment and Housing Act, Government Code Section 12940j.

27

28   Complaint for Damages                          10

1    49. As a direct result of the acts and conduct of Defendants, as alleged herein, Plaintiff

2  has suffered loss of and continues to suffer substantial loss of earnings and related employment

3  benefits in an amount to be proven at trial herein.

4    50. In doing the acts and in engaging in the conduct herein alleged, Defendants intended

5  and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

6  distress for which he has sought medical care.

7    51. On May 6, 2008, Plaintiff duly filed an administrative charge of discrimination herein

8  with the California Department of Fair Employment and Housing (DFEH). A true and correct

9  copy of said charge of discrimination is attached hereto as Exhibit 2. A notice of right to sue was

10  issued on May 6, 2008, authorizing Plaintiff to initiate a civil action in the California Superior

11  Court within one year of said date. A true and correct copy of said Notice of Right to Sue is

12  attached hereto as Exhibit 3. Plaintiff has exhausted all of his administrative remedies herein,

13  and this action has been timely filed.

14                                    VIII

15                            PRAYER FOR RELIEF

16    WHEREFORE, Plaintiff prays judgment against Defendant as follows:

17    (A) Grant Plaintiff a declaratory judgment that Defendants have violated Plaintiff's rights

18  as guaranteed by 42 U.S.C. Section 1981, 42 U.S.C. Section 2000e, *et seq*., and California

19  Government Code Section 12940, *et seq.*, in committing the acts and in engaging in the conduct

20  complained of herein;

21    (B) Permanently enjoin Defendants, their agents, successors, and employees and those

22  acting in concert with them from engaging in each of the unlawful practices and policies

23  complained of herein;

24    C) Award Plaintiff damages for all earnings lost, including future earnings loss and for

25  loss of related employment benefits;

26    (D) Returning Plaintiff to his position of employment without loss of pay, seniority or

27

28  Complaint for Damages                    11

1    rank;

2         (E)  Award Plaintiff damages for lost career and employment opportunities;

3         (F)  Order that all negative material be removed from Plaintiff's personnel file or any

4    other files or records maintained in connection with Plaintiff's employment;

5         (G)  Award Plaintiff damages for severe psychological harm in an amount to be proven at

6    trial;

7         (H)  Award Plaintiff punitive damages in an amount commensurate with harm caused to

8    Plaintiff and Defendant's financial ability;

9         (I)  Award Plaintiff costs of suit;

10        (J)  Grant Plaintiff reasonable attorney's fees; and

11        (K)  Grant Plaintiff such other and future relief as the Court may deem proper and just.

12   Dated: May 7, 2008                          Respectfully submitted.

13

14                                              _____
                                               CURTIS G. OLER
15                                              Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28   Complaint for Damages                          12

EXHIBIT 1

EXHIBIT 1

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA | |
| | | ☒ EEOC | **550-2008-01693** |

| **California Department Of Fair Employment & Housing** | | and EEOC |
|---|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Elbert Harris, III** | **(415) 468-7822** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **330 Dwight Street, San Francisco, CA 94134** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **LAGUNA HONDA HOSPITAL** | **Unknown** | **(415) 759-2300** |

| Street Address | City, State and ZIP Code |
|---|---|
| **375 Laguna Honda Blvd.,  San Francisco, CA 94112** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
**05-06-2008**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See attached.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **05/06/2008**        SEE ATTACHED. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Date*        *Charging Party Signature* | |

1          DECLARATION OF ELBERT HARRIS, III

2     I, ELBERT HARRIS, III, declare:

3          1. I am an African American (Black) residing at 330 Dwight Street, San Francisco,

4     California 94134. My telephone number is 415 - 468-7822.

5          2. I am a Certified Nursing Assistant (CNA) and have been employed by the City and

6     County of San Francisco, Laguna Honda Hospital and Rehabilitation Center, 375 Laguna Honda

7     Boulevard, San Francisco, California telephone 415 759-2300 since on or about December 12,

8     1984.

9          3. During my entire tenure as such, I have always performed my assigned and related

10    duties in an excellent manner.

11         4. Notwithstanding, beginning in or about September, 2007, I have been subjected to a

12    continuing pattern or unlawful discriminatory employment practices in my said employment

13    which have included, but have not been limited to, disciplinary actions against me without cause

14    or justification by placing me on unpaid administrative leave, harassment, and retaliation against

15    me for my continuing protests of such unlawful discriminatory employment practices against.

16         5. Said actions have been taken against me by Robert Thomas, Director of Human

17    Resources, and instigated by Larry Bevan, Licensed Psychiatric Technician (LPT), who has been

18    unlawfully allowed by my employer to act as supervisor.

19         6. I have remained on unpaid administrative leave since March 19, 2008, with substantial

20    loss of income and related benefits.

21         7. Said actions have been taken against me in violation of Title VII of the Civil Rights

22    Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.*

23         I have personal knowledge of the above facts, and if called upon to testify, I could and

24    would testify competently thereto. I declare under penalty of perjury that the foregoing is true

25    and correct and that I executed this Declaration on May 5, 2008, at San Francisco, California.

26

27                                                          _____
                                                            ELBERT HARRIS, III
28

EXHIBIT 2

EXHIBIT 2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2008-01693 |

## California Department Of Fair Employment & Housing    and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Elbert Harris, III** | **(415) 468-7822** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **330 Dwight Street, San Francisco, CA 94134** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **LAGUNA HONDA HOSPITAL** | **Unknown** | **(415) 759-2300** |

| Street Address | City, State and ZIP Code |
|---|---|
| **375 Laguna Honda Blvd., San Francisco, CA 94112** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE    ☒ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☒ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
**05-06-2008**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See attached.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **05/06/2008**  Date     **SEE ATTACHED.** *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

## DECLARATION OF ELBERT HARRIS, III

I, ELBERT HARRIS, III, declare:

1. I am an African American (Black) residing at 330 Dwight Street, San Francisco, California 94134. My telephone number is 415 - 468-7822.

2. I am a Certified Nursing Assistant (CNA) and have been employed by the City and County of San Francisco, Laguna Honda Hospital and Rehabilitation Center, 375 Laguna Honda Boulevard, San Francisco, California telephone 415 759-2300 since on or about December 12, 1984.

3. During my entire tenure as such, I have always performed my assigned and related duties in an excellent manner.

4. Notwithstanding, beginning in or about September, 2007, I have been subjected to a continuing pattern or unlawful discriminatory employment practices in my said employment which have included, but have not been limited to, disciplinary actions against me without cause or justification by placing me on unpaid administrative leave, harassment, and retaliation against me for my continuing protests of such unlawful discriminatory employment practices against.

5. Said actions have been taken against me by Robert Thomas, Director of Human Resources, and instigated by Larry Bevan, Licensed Psychiatric Technician (LPT), who has been unlawfully allowed by my employer to act as supervisor.

6. I have remained on unpaid administrative leave since March 19, 2008, with substantial loss of income and related benefits.

7. Said actions have been taken against me in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq.*

I have personal knowledge of the above facts, and if called upon to testify, I could and would testify competently thereto. I declare under penalty of perjury that the foregoing is true and correct and that I executed this Declaration on May 5, 2008, at San Francisco, California.

_____
ELBERT HARRIS, III

EXHIBIT 3

EXHIBIT 3

# EPARTMENT OF FAIR EMPLOYMENT & HOUSING

EE ADDRESS CHECKED BELOW)



( # (800) 700-2320

☐ 4800 Stockdale Hwy., Suite 215
H    Bakersfield, CA 93309
     (661) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
C    Fresno, CA 93710
     (559) 244-4760

☐ 611 West Sixth Street, Suite 1500
S/T  Los Angeles, CA 90017
     (213) 439-6799

☐ 1515 Clay Street, Suite 701
M    Oakland, CA 94612
     (510) 622-2941

☐ 2000 "O" Street, Suite 120
E    Sacramento, CA 95814
     (916) 445-5523

☐ 1350 Front Street, Suite 3005
D    San Diego, CA 92101
     (619) 645-2681

☒ San Francisco District Office
A    1515 Clay Street, Suite 701
     Oakland, CA 94612
     (510) 622-2973

☐ 2570 North First Street, Suite 480
G    San Jose, CA 95131
     (408) 325-0344

☐ 2101 East Fourth Street, Suite 255-B
K    Santa Ana, CA 92705
     (714) 558-4266

Date:      May 6, 2008

Case Name:  Elbert Harris vs. Laguna Honda Hospital (City &
            County of San Francisco)

EEOC No:   550-2008-01693

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

WANDA J KIRBY
Acting Director

DFEH-200-02 (11/07)

1          VERIFICATION

2     I, ELBERT HARRIS, III, declare:

3          I have read the foregoing Complaint and know the contents thereof. The same is true of

4 my own knowledge, except for those matters stated therein on information and belief, and as to

5 those, I believe them to be true.

6          I declare under penalty of perjury under the laws of the State of California that the

7 foregoing is true and correct and that this Verification was executed on May 7, 2008, at San

8 Francisco, California.

9

10                                        _Ellert Harris_
                                           ELBERT HARRIS, III

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Verification

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

| | |
|---|---|
| ELBERT HARRIS, III | ) |
| Plaintiff | ) |
| v. | )    Civil Action No. |
| CITY AND COUNTY OF SAN FRANCISCO | ) |
| Defendant See attachment | ) |

CV 08    2353 EMC

**Summons in a Civil Action**

To: _____

*(Defendant's name)*

A lawsuit has been filed against you.

Within ⎯20⎯ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Curtis G. Oler (Bar No. 63689)
P. O. Box 15083
San Francisco, California  94115
Telephohe:  415 - 346-8015
Teleohone:  415 - 346-8238

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____MAY 7 2008_____

_____
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

DEPARTMENT OF  PUBLIC HEALTH;  )
ROBERT THOMAS, Director of          )
Human Resources, Laguna Honda      )
Hospital and Rehabilitation Center;    )
and LARRY BEVAN, Licensed          )
Psychiatric Technician, Laguna Honda  )
Hospital and Rehabilitation Center, and  )
DOES 1 through 25,                          )
                                                         )

        Defendants.