1   CURTIS G. OLER (Bar No. 63689)
    LAW OFFICES OF CURTIS G. OLER
2   Post Office Box 15083
    San Francisco, CA 94115
3   Telephone: 415-346-8015
    Facsimile: 415-346-8238
4

5
    DENNIS J. HERRERA, State Bar #139669
6   City Attorney
    ELIZABETH SALVESON, State Bar #83788
7   Chief Labor Team
    ADELMISE WARNER, State Bar #215385
8   Deputy City Attorney
    Fox Plaza
9   1390 Market Street, Floor No. 5
    San Francisco, California 94102-5408
10  Telephone:    (415) 554-3930
    Facsimile:    (415) 554-4248
11
    Attorneys For Defendant
12  CITY AND COUNTY OF SAN FRANCISCO

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15  ELBERT HARRIS, III,                    Case No. CV 08 2353 EMC

16              Plaintiff,                 **STIPULATION TO ENLARGE TIME**
                                           **FOR DEFENDANTS TO FILE**
17      vs.                                **RESPONSIVE PLEADINGS**

18  CITY AND COUNTY OF SAN                 [Local Rule 6-1(a)]
    FRANCISCO, DEPARTMENT OF
19  PUBLIC HEALTH; ROBERT THOMAS,          Trial Date:          None set
    Director of Human Resources, Laguna    Date Action Filed:   May 7, 2008
20  Honda Hospital and Rehabilitation Center;
    and LARRY BEVAN, Licensed
21  Psychiatric Technician, Laguna Honda
    Hospital and Rehabilitation Center, and
22  DOES 1 through 25,

23              Defendants.

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND**                    n:\labor\li2008\081284\00485621.doc
**CASE NO. CV 08 2353 EMC**

1    Pursuant to Local Rule 6.1(a), the parties to the above-captioned action hereby stipulate to

2    extend the time for all defendants who have been served as of the date of this stipulation to answer or

3    otherwise respond to the complaint up to, and including, Friday, June 13, 2008.

4

5    Dated:  May 19, 2008                              Respectfully submitted,

6                                                      DENNIS J. HERRERA
                                                       City Attorney
7                                                      ELIZABETH S. SALVESON
                                                       Chief Labor Attorney
8                                                      ADELMISE ROSEMÉ WARNER
                                                       Deputy City Attorney
9

10                                                     By:_____ /S/ _____
                                                       ADELMISE ROSEMÉ WARNER
11

12                                                     Attorneys for Defendant
                                                       CITY AND COUNTY OF SAN FRANCISCO
13
                                                       LAW OFFICES OF CURTIS G. OLER
14    Dated: May 19, 2008

15                                                     By:_____ /S/ _____
                                                       CURTIS G. OLER
16

17                                                     Attorney for Plaintiff
                                                       ELBERT HARRIS, III
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND        1                    n:\labor\li2008\081284\00485621.doc
CASE NO. CV 08 2353 EMC

                                                                               TOTAL P.04