1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, CA 94115
3  Telephone: 415-346-8015
   Facsimile: 415-346-8238
4

5
   DENNIS J. HERRERA, State Bar #139669
6  City Attorney
   ELIZABETH SALVESON, State Bar #83788
7  Chief Labor Team
   ADELMISE WARNER, State Bar #215385
8  Deputy City Attorney
   Fox Plaza
9  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
10 Telephone:    (415) 554-3930
   Facsimile:    (415) 554-4248
11
   Attorneys For Defendant
12 CITY AND COUNTY OF SAN FRANCISCO

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA

15 | ELBERT HARRIS, III,                              | Case No. CV 08 2353 EMC
16 |                                                  |
   |        Plaintiff,                                | **STIPULATION TO ENLARGE TIME**
17 |                                                  | **FOR DEFENDANTS TO FILE**
   |   vs.                                            | **RESPONSIVE PLEADINGS** ; ORDER
18 |                                                  |
   | CITY AND COUNTY OF SAN                           | [Local Rule 6-1(a)]
19 | FRANCISCO, DEPARTMENT OF                         |
   | PUBLIC HEALTH; ROBERT THOMAS,                    | Trial Date:        None set
20 | Director of Human Resources, Laguna              | Date Action Filed: May 7, 2008
   | Honda Hospital and Rehabilitation Center;        |
21 | and LARRY BEVAN, Licensed                        |
   | Psychiatric Technician, Laguna Honda             |
22 | Hospital and Rehabilitation Center, and          |
   | DOES 1 through 25,                               |
23 |                                                  |
   |        Defendants.                               |

24
25
26
27
28

Pursuant to Local Rule 6.1(a), the parties to the above-captioned action hereby stipulate to extend the time for all defendants who have been served as of the date of this stipulation to answer or otherwise respond to the complaint up to, and including, Friday, June 13, 2008.

Dated: May 19, 2008

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ADELMISE ROSEMÉ WARNER
Deputy City Attorney

By: ___/S/___
ADELMISE ROSEMÉ WARNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

LAW OFFICES OF CURTIS G. OLER

Dated: May 19, 2008

By: ___/S/___
CURTIS G. OLER

Attorney for Plaintiff
ELBERT HARRIS, III

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

STIPULATION TO EXTEND TIME TO RESPOND    1
CASE NO. CV 08 2353 EMC

n:\labor\li2008\081284\00485621.doc