# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ELBERT HARRIS, III

                Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,
                Defendant(s).

Case No. CV 08-2353 PJH

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 18, 2008

Dated: July 18, 2008

Dated: July ___, 2008

Dated: July ___, 2008

CCSF, ET AL.
[Party]

*/s/ Adelmise R. Warner*
DCA Adelmise R. Warner
[Counsel]

Elbert Harris, III
[Party]

*/s/ Curtis G. Oler*
Curtis G. Oler, Esq.
[Counsel]