# UNITED STATES DISTRICT COURT

### Northern District of California

| Harris, | 08-02353 PJH MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City and County of San Francisco, Department of Pu, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Joel Franciosa**
> Law Offices of Joel P. Franciosa
> 1169 Trestle Glen Rd.
> Oakland, CA 94610
> 510-272-5103

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1 | Counsel are reminded that the written mediation statements required by the ADR
2 | L.R. 6-7 shall NOT be filed with the court.

4 | Dated: August 4, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
[Alice_Fiel@cand.uscourts.gov](mailto:Alice_Fiel@cand.uscourts.gov)

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-02353 PJH MED                               - 2 -