| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788 |
| | Chief Labor Team |
| 3 | ADELMISE WARNER, State Bar #215385 |
| | Deputy City Attorney |
| 4 | Fox Plaza |
| | 1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-3930 |
| 6 | Facsimile: (415) 554-4248 |
| 7 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO, ET AL. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELBERT HARRIS, III, | USDC NO. CV 08 - 2353 PJH |
| Plaintiff, | *E-FILING CASE* |
| vs. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; ROBERT THOMAS, Director of Human Resources, Laguna Honda Hospital and Rehabilitation Center; and LARRY BEVAN, Licensed Psychiatric Technician, Laguna Honda Hospital and Rehabilitation Center, and DOES 1 through 25, | Date Action Filed: May 7, 2008<br>Trial Date: None Set |
| Defendants. | |

**TO THE CLERK OF THE COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for the City and County of San Francisco will be out of the office and unavailable from **August 18, 2008 through August 22, 2008**. Counsel will return to the office on August 25, 2008. From August 18, 2008 through August 22, 2008, counsel will be unavailable for any purpose, including but not limited to, receiving notices of any kind and appearing in Court.

Dated: August 12, 2008

Respectfully Submitted,
DENNIS J. HERRERA

City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
ADELMISE ROSEMÉ WARNER
Deputy City Attorney

By: _____
ADELMISE ROSEMÉ WARNER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.