UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** August 14, 2008                                   **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2353  PJH

**Case Name:** Elbert Harris v. City and County of San Francisco

**Attorney(s) for Plaintiff:**        Curtis G. Oler
**Attorney(s) for Defendant:**    Adelmise Roseme Warner

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held.  The parties have already been referred to Mediation.  Plaintiff counsel informs the court that he plans to file an amended complaint with the court.  Since an answer has been filed a motion to amend or stipulation to amend will need to be filed.  The parties shall meet and confer and try to stipulate to amending the complaint.  If an agreement is not reached plaintiff's counsel shall file the motion.  The motion to amend or stipulation to amend shall be filed within 3 weeks.  The court sets a pretrial schedule.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 4/22/09**
**Expert disclosure: 3/4/09**
**Expert discovery cutoff: 4/22/09**
**Motions heard by: 6/24/09**
**Pretrial Conference: 9/17/09**
**Trial: 10/26/09  at  8:30 a.m., for 6 days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers