1 | CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
2 | Post Office Box 15083
San Francisco, California 84115
3 | Telephone: 415 346-8015
Facsimile: 415 346-8238
4 |
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELBERT HARRIS, III, | ) | NO. C08-2358-PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR ORDER |
| | ) | AND ~~PROPOSED~~ ORDER |
| VS. | ) | AMENDING THE CASE MANAGEMENT |
| | ) | CONFERENCE ORDER ALLOWING |
| CITY AND COUNTY OF SAN | ) | PLAINTIFF TO FILE AN AMENDED/ |
| FRANCISCO, DEPARTMENT OF | ) | SUPPLEMENTAL COMPLAINT HEREIN |
| PUBLIC HEALTH; ROBERT THOMAS, | ) | |
| Director of Human Resources, Laguna | ) | |
| Honda Hospital and Rehabilitation Center; | ) | |
| and LARRY BEVAN, Licensed | ) | |
| Psychiatric Technician, Laguna Honda | ) | |
| Hospital and Rehabilitation Center, and | ) | |
| DOES 1 through 25, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed his within complaint on May 7, 2008, alleging, among other things, his placement on unpaid administrative leave on March 19, 2008, based upon an administrative charge of discrimination filed with the United States Equal Employment Opportunity Commission on May 6, 2008. However, at that time, the United States Department of Justice had not issued a notice of right to sue thereon as required by the provisions of 42 U.S.C. Section 2000e, *et seq*. Since that time, the United States Department of Justice issued a Notice of Right

Stipulation and Order to Amend Complaint            1

1  to Sue thereon on June 6, 2008 as required by law.

2  Defendants duly filed their answer to said original complaint on June 13, 2008.

3  Plaintiff claims that subsequent to the filing of said complaint, Defendants have engaged in unlawful discriminatory conduct against him, including but not limited to, the termination of his employment on May 16, 2008, for which he filed an administrative charge of discrimination with the United States Equal Employment Opportunity Commission on May 22, 2008. Thereafter, on August 8, 2008, the United States Department of Justice issued a Notice of Right to Sue thereon as required by law.

Accordingly, it has become necessary for Plaintiff to amend said complaint to allege said issuance by the United States Department of Justice of said notice of right to sue dated June 6, 2008 and to supplement said complaint to allege Plaintiff's subsequent termination of employment, said administrative charge of discrimination filed with the United States Equal Employment Opportunity Commission relative thereto and said subsequent issuance of a Notice of Right to Sue thereon by the United States Department of Justice.

THEREFORE, the parties hereby stipulate to an Order issued herein allowing said amendment and supplementation of the complaint herein.

The parties agree that Defendants reserve the right to respond to the amended complaint within the time period allowed by, and in accordance with, applicable law, including filing any appropriate motions to dismiss, after service of the amended complaint.

Dated: September 17, 2008

/s/ Curtis G. Oler
CURTIS G. OLER
Attorney for Plaintiff

Dated: September 18, 2008

/s/ Adelmise Warner
ADELMISE WARNER
Deputy City Attorney

Stipulation and Order to Amend Complaint                    2

1 ORDER

2 Pursuant to the stipulation of the parties for an Order to amend and supplement the
3 complaint herein, for the reasons set out in said stipulation,

4 FOR GOOD CAUSE SHOWN,

5 IT IS HEREBY ORDERED that Plaintiff may within five days hereof, amend and
6 supplement the complaint to allege the issuance of a Notice of Right to Sue by the United States
7 Department of Justice on June 6, 2008, the filing of an administrative charge of discrimination
8 based on the termination of his employment filed by Plaintiff with the United States Equal
9 Employment Opportunity Commission on May 22, 2008, and the issuance of a Notice of Right to
10 Sue thereon by the United States Department of Justice on August 8, 2008.

11 Defendants will respond to the amended complaint within the time period allowed by,
12 and in accordance with, applicable law, including filing any appropriate motions to dismiss, after
13 service of the amended complaint.

9/18/08



PHYLLIS J. HAMILTON
United States District Judge

Stipulation and Order to Amend Complaint            3