DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
ADELMISE WARNER, State Bar #215385
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3930
Facsimile:     (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELBERT HARRIS, III,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; ROBERT THOMAS, Director of Human Resources, Laguna Honda Hospital and Rehabilitation Center; and LARRY BEVAN, Licensed Psychiatric Technician, Laguna Honda Hospital and Rehabilitation Center, and DOES 1 through 25,<br><br>        Defendants. | USDC NO. CV 08 - 2353 PJH<br><br>*E-FILING CASE*<br><br>**STIPULATED REQUEST AND ~~PROPOSED~~ ORDER CHANGING TIME FOR MOTIONS FOR DISPOSITIVE MOTIONS TO BE HEARD**<br><br>Date Action Filed:    May 7, 2008<br>Trial Date:              October 26, 2009 |

**STIP REQUEST FOR AND ORDER CHANGING TIME**    1    n:\labor\li2009\081284\00552289.doc
**CASE NO.:  08 - 2353 PJH**

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Elbert Harris ("Plaintiff") and Defendants
2  City and County of San Francisco, Robert Thomas, and Larry Bevan ("Defendants"), through and by
3  their respective counsels of record, hereby jointly request that the Court issue an order changing the
4  time for dispositive motions to be heard from June 24, 2009, as set forth in the Court's
5  August 15, 2008 Case Management and Pretrial Order, to **July 29, 2009**.  This request is based on the
6  grounds that Plaintiff currently has a grievance arbitration as well as this litigation pending against the
7  City.  The parties desire to attempt to resolve these matters through mediation and avoid the additional
8  expenses and costs associated with preparing and filing moving and opposing papers related to
9  motions for summary judgment.  The parties had participated in the Court-ordered mediation in
10 October 2008.  Now, the parties are in the process of scheduling another round of mediation in an
11 effort to resolve these matters without further additional litigation expenses.  The Parties have agreed
12 that a 30-day extension of the time for the Court to hear dispositive motions, including the time to file
13 dispositive motions, is warranted under these circumstances.

Dated:  April 22, 2009            Respectfully submitted,

                                  DENNIS J. HERRERA
                                  City Attorney
                                  ELIZABETH S. SALVESON
                                  Chief Labor Attorney
                                  ADELMISE ROSEMÉ WARNER
                                  Deputy City Attorney

                                  By:_____/S/_____
                                  ADELMISE ROSEMÉ WARNER

                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: April 22, 2009             LAW OFFICES OF CURTIS G. OLER

                                  By:_____/S/_____
                                       CURTIS G. OLER

                                   Attorney for Plaintiff
                                   ELBERT HARRIS, III

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The last day for dispositive motions to be heard is: July 29, 2009;
2. The deadline for filing dispositive motions shall be in accordance with this new July 29, 2009 deadline;
3. The August 15, 2008 Case Management and Pretrial Order is hereby modified accordingly.

IT IS SO ORDERED.

DATE: 4/24/09

