CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA  94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff
ELBERT HARRIS, III


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
ADELMISE WARNER, State Bar #215385
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:     (415) 554-3930
Facsimile:     (415) 554-4248

Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT HARRIS, III,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; ROBERT THOMAS, Director of Human Resources, Laguna Honda Hospital and Rehabilitation Center; and LARRY BEVAN, Licensed Psychiatric Technician, Laguna Honda Hospital and Rehabilitation Center, and DOES 1 through 25,<br><br>　　　　Defendants. | USDC NO. CV 08 - 2353 PJH<br><br>*E-FILING CASE*<br><br>**NOTICE OF CASE SETTLEMENT AND STIPULATED REQUEST FOR ORDER VACATING OCTOBER 26, 2009 TRIAL DATE AND STATUS CONFERENCE DATE**<br><br>Date Action Filed:　　May 7, 2008<br>Trial Date:　　October 26, 2009 |

1  As Magistrate Judge Spero indicated in his September 29, 2009 Notice, the parties in the above-referenced action have reached a settlement in this case, subject to the approvals of SEIU Local 1021, the San Francisco Department of Public Health, the San Francisco Health Commission, and the San Francisco Board of Supervisors.  The settlement is not final and binding unless and until these approvals are obtained.

The parties, through their attorneys of record, hereby jointly request that the Court vacate the October 26, 2009 trial date.  The parties anticipate that the approval process described above may take at least four to six months to complete.  Accordingly, the parties request that the Court set a status conference for some time in February 2010, at the earliest, for an update on whether the required approvals have been obtained or whether the parties need additional time to obtain the approvals.  The parties will notify the Court if the settlement has been approved by all the required entities prior to the scheduled status conference.

Dated:  October 2, 2009                Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ADELMISE ROSEMÉ WARNER
Deputy City Attorney

By:_____/S/_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: October 2, 2009                LAW OFFICES OF CURTIS G. OLER

By:_____/S/_____
     CURTIS G. OLER

Attorney for Plaintiff
ELBERT HARRIS, III

**STIP. REQ. FOR ORDER VACATING TRIAL DATE/SETTING STATUS CONF./ 08-2353 PJH**     1     n:\labor\li2009\081284\00585194.doc

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The October 26, 2009 trial date is hereby vacated and
2. A status conference is hereby scheduled for February 25, 2010. at 2:00 p.m.

IT IS SO ORDERED.

DATE: 10/14/09



PHYLLIS J. HAMILTON
Judge Phyllis J. Hamilton
IT IS SO ORDERED

**STIP. REQ. FOR ORDER VACATING TRIAL DATE/SETTING STATUS CONF./ 08-2353 PJH**     1     n:\labor\li2009\081284\00585194.doc