1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, CA  94115
3  Telephone: 415-346-8015
   Facsimile: 415-346-8238
4
   Attorney for Plaintiff
5  ELBERT HARRIS, III

6

7  DENNIS J. HERRERA, State Bar #139669
   City Attorney
8  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
9  ADELMISE WARNER, State Bar #215385
   Deputy City Attorney
10 Fox Plaza
   1390 Market Street, Floor No. 5
11 San Francisco, California 94102-5408
   Telephone:    (415) 554-3930
12 Facsimile:    (415) 554-4248

13 Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | ELBERT HARRIS, III,                        | USDC NO. CV 08 - 2353 PJH
   |                                            |
18 |         Plaintiff,                         | *E-FILING CASE*
   |                                            |
19 |     vs.                                    | **JOINT STATUS CONFERENCE STATEMENT
   |                                            | RE APPROVAL OF THE SETTLEMENT
20 | CITY AND COUNTY OF SAN                     | AGREEMENT**
   | FRANCISCO, DEPARTMENT OF
21 | PUBLIC HEALTH; ROBERT THOMAS,
   | Director of Human Resources, Laguna        | Hearing Date:  February 25, 2010
22 | Honda Hospital and Rehabilitation Center;  | Time:          2:00 p.m.
   | and LARRY BEVAN, Licensed Psychiatric      | Place:         3rd floor, Courtroom 3
23 | Technician, Laguna Honda Hospital and      |                (Oakland Location)
   | Rehabilitation Center, and DOES 1 through
24 | 25,
   |
25 |         Defendants.

26

27

28

**JOINT STATUS CONFERENCE STATEMENT**                      n:\labor\li2010\081284\00611116.doc
**RE SETTLEMENT / CASE NO.   CV 08 - 2353 PJH**

1   On September 29, 2009, the parties in the above-referenced action reached a settlement in this case, subject to the approvals of SEIU Local 1021, the San Francisco Department of Public Health, the San Francisco Health Commission, and the San Francisco Board of Supervisors.  Per the parties' agreement, the settlement is not final and binding unless and until these approvals are obtained.

On October 24, 2009, the Court scheduled a status conference for February 25, 2010 so the parties can update the court on the status of the settlement approval process.  The parties hereby submit this joint status conference statement.

The settlement agreement has been approved and signed by SEIU Local 1021 and the Director of the San Francisco Department of Public Health.  In a meeting on February 2, 2010, the San Francisco Health Commission approved the settlement agreement.

The City Attorneys' Office will submit the settlement agreement to the Board of Supervisors for consideration and approval.  That process may take between 60 to 90 days because, in addition to having the Rules Committee review the settlement agreement, and making a recommendation to the full Board, by law the Board has to conduct two readings of the settlement agreement before final passage.  Once the Board approves the settlement, the Mayor has 10 days to approve or veto the Board's approval.  Thus, the parties request that the Court continue the status conference for at least 90 days (or some time after May 2010).  The parties will notify the Court if and when the settlement checks are disbursed prior to the continued status conference date.

//
//
//
//
//
//
//
//
//
//

**JOINT STATUS CONFERENCE STATEMENT**  1  n:\labor\li2010\081284\00611116.doc
**RE SETTLEMENT / CASE NO.   CV 08 - 2353 PJH**

1  Counsel for the City notes that she has a case (*Cook v. City and County of San Francisco*, SF
2  Superior Court Case No. CGC 07-462280) scheduled for trial starting on Monday, February 22, 2010.
3  If possible, she respectfully requests that the Court advise the parties by February 24 whether the
4  February 25 status conference is continued.  If not, and if the *Cook* case is assigned to a courtroom,
5  she will make arrangement to have a colleague attend the status conference on her behalf.

Dated:  February 19, 2010		Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ADELMISE ROSEMÉ WARNER
Deputy City Attorney

By:_____/S/_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: February 19, 2010		LAW OFFICES OF CURTIS G. OLER

By:_____/S/_____
         CURTIS G. OLER

 Attorney for Plaintiff
 ELBERT HARRIS, III

**JOINT STATUS CONFERENCE STATEMENT**            2            n:\labor\li2010\081284\00611116.doc
**RE SETTLEMENT / CASE NO.   CV 08 - 2353 PJH**

1  **[PROPOSED] ORDER**

2  The Court, having reviewed and considered the Joint Status Conference Statement of the

3  parties in the above-captioned matter, hereby orders as follows:

4  The February 25, 2010 status conference regarding the settlement agreement is hereby

5  continued  May 27  , 2010.

7  IT IS SO ORDERED.

9  DATE:  2/22/10



**[PROP] ORDER CONTINUING STATUS CONF.**   1   n:\labor\li2010\081284\00611116.doc
**RE SETTLEMENT/CV 08 - 2353 PJH**