CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA  94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff
ELBERT HARRIS, III


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
ADELMISE WARNER, State Bar #215385
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:	(415) 554-3930
Facsimile:	(415) 554-4248

Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT HARRIS, III,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; ROBERT THOMAS, Director of Human Resources, Laguna Honda Hospital and Rehabilitation Center; and LARRY BEVAN, Licensed Psychiatric Technician, Laguna Honda Hospital and Rehabilitation Center, and DOES 1 through 25,<br><br>　　　　　Defendants. | USDC NO. CV 08 - 2353 PJH<br><br>*E-FILING CASE*<br><br>**JOINT STATUS CONFERENCE STATEMENT RE APPROVAL OF THE SETTLEMENT AGREEMENT**  AND ORDER<br><br>Hearing Date:  May 27, 2010<br>Time:               2:00 p.m.<br>Place:              3rd floor, Courtroom 3<br>                        (Oakland Location) |

**JOINT STATUS CONFERENCE STATEMENT
RE SETTLEMENT / CASE NO.   CV 08 - 2353 PJH**

n:\labor\li2010\081284\00630716.doc

1     Plaintiff, Elbert Harris III and Defendant, the City and County of San Francisco (jointly "the Parties") hereby submit this joint status conference statement for the May 27, 2010 status conference.

    The settlement agreement has been approved by all parties.  The settlement check that is allocated to general damages ($50,000.00) have been disbursed.  The settlement check that is allocated to back wages ($50,000.00) is being processed through the City's payroll system to be disbursed within the next fifteen days.

    Thus, the parties respectfully request that the Court take off calendar the status conference scheduled for May 27, 2010, and tentatively schedule a status conference for 30 days from May 27, 2010.  Once the final check is issued, the parties will inform the Court so the Court can close this matter.

Dated:  May 24, 2010                    Respectfully submitted,

                                        DENNIS J. HERRERA
                                        City Attorney
                                        ELIZABETH S. SALVESON
                                        Chief Labor Attorney
                                        ADELMISE ROSEMÉ WARNER
                                        Deputy City Attorney

                                        By:_____/S/_____
                                        ADELMISE ROSEMÉ WARNER

                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: May 24, 2010                     LAW OFFICES OF CURTIS G. OLER

                                        By:_____/S/_____
                                            CURTIS G. OLER

                                        Attorney for Plaintiff
                                        ELBERT HARRIS, III

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Joint Status Conference Statement of the parties in the above-captioned matter, hereby orders as follows:

The May 27, 2010 status conference regarding the settlement agreement is hereby taken off calendar, and continued to ___July 1_____, 2010.

IT IS SO ORDERED.

DATE: _5/25/10_____          _____
                                    PHYLLIS J. HAMILTON
                                    United States District Judge



**JOINT STATUS CONFERENCE STATEMENT**          1          n:\labor\li2010\081284\00630716.doc
**RE SETTLEMENT / CASE NO.   CV 08 - 2353 PJH**