1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, CA  94115
3  Telephone: 415-346-8015
   Facsimile: 415-346-8238
4
   Attorney for Plaintiff
5  ELBERT HARRIS, III

6

7  DENNIS J. HERRERA, State Bar #139669
   City Attorney
8  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
9  ADELMISE WARNER, State Bar #215385
   Deputy City Attorney
10 Fox Plaza
   1390 Market Street, Floor No. 5
11 San Francisco, California 94102-5408
   Telephone:     (415) 554-3930
12 Facsimile:     (415) 554-4248

13 Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO

14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17 | ELBERT HARRIS, III, | USDC NO. CV 08 - 2353 PJH

18 |        Plaintiff, | *E-FILING CASE*

19 |     vs. | **JOINT STATUS CONFERENCE STATEMENT RE APPROVAL OF THE SETTLEMENT AGREEMENT** AND ORDER

20 | CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF
21 | PUBLIC HEALTH; ROBERT THOMAS,
   | Director of Human Resources, Laguna | Hearing Date:   July 1, 2010
22 | Honda Hospital and Rehabilitation Center; | Time:           2:00 p.m.
   | and LARRY BEVAN, Licensed Psychiatric | Place:          3rd floor, Courtroom 3
23 | Technician, Laguna Honda Hospital and |                 (Oakland Location)
   | Rehabilitation Center, and DOES 1 through
24 | 25,

25 |        Defendants.

26

27

28

**JOINT STATUS CONFERENCE STATEMENT**                                n:\labor\li2010\081284\00634512.doc
**RE SETTLEMENT / CASE NO.   CV 08 - 2353 PJH**

1  Plaintiff, Elbert Harris III and Defendant, the City and County of San Francisco (jointly "the
2  Parties") hereby submit this joint status conference statement for the July 1, 2010 status conference.
3  As of the date of this Statement, the City has disbursed all settlement checks to Plaintiff.
4  Accordingly, the parties respectfully request that the Court take off calendar the status conference
5  scheduled for July 1, 2010.
6  Pursuant to the settlement agreement, Plaintiff agrees to dismiss the Action in its entirety and
7  with prejudice by filing a "Stipulation of Dismissal with Prejudice" with the Court, pursuant to Rule
8  41 of the Federal Rules of Civil Procedure.  Plaintiff will do so shortly.

Dated: June 10, 2010  LAW OFFICES OF CURTIS G. OLER

By:_____/S/_____
　　　　CURTIS G. OLER

 Attorney for Plaintiff
 ELBERT HARRIS, III

Dated:  June 10, 2010  Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ADELMISE ROSEMÉ WARNER
Deputy City Attorney

By:_____/S/_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6/11/10