1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 94115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5    Elbert Harris, III

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | ELBERT HARRIS, III,                )  NO.  08-2353-PJH
                                        )
12 |     Plaintiff,                     )  PLAINTIFF'S AMENDED DISMISSAL
                                        )  OF ENTIRE ACTION WITH
13 |                                    )  PREJUDICE
           vs.                          )
14 |                                    )
                                        )
15 | CITY AND COUNTY OF SAN             )
      SAN FRANCISCO. DEPARTMENT OF      )
16 | PUBLIC HEALTH; ROBERT THOMAS,      )
     Director of Human Resources, Laguna)
17 | Honda Hospital and Rehabilitation Center; )
     and LARRY BEVAN, Licensed          )
18 | Psychiatric Technician, Laguna Honda )
     Hospital and Rehabilitation Center, and )
19 | DOES 1 through 25,                 )
                                        )
20 |     Defendants.                    )
                                        )
21 |_____)

22     THE PARTIES having fully discharged all of their respective obligations relative to the

23 settlement of this matter, Plaintiff hereby dismisses the action herein in its entirety with

24 prejudice.

25 Dated: June 11, 2010                        /s/ Curtis G. Oler
                                               CURTIS G. OLER
26                                             Attorney for Plaintiff

27
                          IT IS SO ORDERED          6/11/10
28  Amended Dismissal with                             i
                          Judge Phyllis J. Hamilton